```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                           SOUTHERN DIVISION
                              AT LONDON
```

**CIVIL ACTION NO. 2015-67 (WOB-CJS)**

**TONYA MICHELLE GOSNELL**                                          **PLAINTIFF**

VS.                                <u>ORDER</u>

**CAROLYN W. COLVIN, ACTING**
**COMMISSIONER OF SOCIAL SECURITY**                                 **DEFENDANT**

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 15), and there being no objections filed thereto, the Court being advised,

**IT IS ORDERED** that the Report and Recommendation (Doc. 15) is hereby **adopted** as the findings of fact and conclusions of law of this Court; that the Commissioner's decision is supported by substantial evidence and therefore **affirmed**; that defendant's motion for summary judgment (Doc. 14) is **granted**; that plaintiff's motion for summary judgment (Doc. 12) is **denied**. Judgment to be entered concurrently herewith.

This 28th day of March, 2016.



Signed By:
<u>William O. Bertelsman</u> WOB
United States District Judge